# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| PAM BROOKS, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:18-CV-1278-L-BH |
| | ) | |
| WEHNER MULTIFAMILY LLC, | ) | |
|     Defendant. | ) | Referred to U.S. Magistrate Judge |

## ORDER

By *Special Order No. 3-251*, this *pro se* case was automatically referred for judicial screening. On June 18, 2018, it was recommended that this action be dismissed under Fed. R. Civ. P. 41(b) for failure to prosecute or follow a court order because the plaintiff had failed to file a notice of change of address, orders of the Court had been returned as undeliverable as a result, and she failed to file a completed application to proceed *in forma pauperis* and her answers to a magistrate judge's questionnaire. (*See* doc. 8.) On July 19, 2018, the plaintiff filed some documents, and the envelope in which they had been mailed reflected a new address. (*See* doc. 10.) The orders, questionnaire, and the recommendation for dismissal were re-mailed to the plaintiff at the new address. On July 31, 2018, the plaintiff filed her responses to the MJQ. (*See* doc. 11.) Accordingly, the June 18, 2018 findings, conclusions, and recommendation for dismissal are hereby **VACATED**.

**SO ORDERED** on this 2nd day of August, 2018.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE